

PARK EMPLOYEES' AND RETIRE-MENT BOARD EMPLOYEES' ANNUITY AND BENEFIT FUND OF CHICAGO, derivatively and ON BEHALF OF BIOSCRIP, INC., Plaintiff Below, Appellant,

v.

Richard M. SMITH, Myron Z. Holubiak, Charlotte W. Collins, Samuel P. Frieder, David R. Hubers, Richard L. Robbins, Stuart A. Samuels, Gordon H. Woodword, Kimberlee C. Seah, Hai V. Tran, Patricia Bogusz, Kohlberg & Co., L.L.C., Kohlberg Management V, L.L.C., Kohlberg Investors V, L.P., Kohlberg Partners V, L.P., Kohlberg TE Investors V, L.P., KOCO Investors V, L.P. and Jefferies LLC, Defendants Below, Appellees,

and

BioScrip, Inc., Nominal Defendant Below, Appellee.

No. 198, 2017

Supreme Court of Delaware.

Submitted: November 15, 2017

Decided: November 27, 2017

Court Below—Court of Chancery of the State of Delaware, C.A. No. 11000–VCG

AFFIRMED.

DEPARTMENT OF LABOR, Defendant Below, Appellant,

v.

TEXAS ROADHOUSE MANAGEMENT CORP., Texas Roadhouse Holdings LLC and Texas Roadhouse, Inc., Plaintiffs Below, Appellees.

No. 166, 2017

Supreme Court of Delaware.

Submitted: November 15, 2017

Decided: November 27, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N15C-08-215-CLS

AFFIRMED.

Sirron BENSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 88, 2017

Supreme Court of Delaware.

Submitted: September 15, 2017

Decided: November 27, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1107007485 (N)

AFFIRMED.